IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERNEST B. SEXTON, JR., AND
JO ANN SEXTON                                                                    PLAINTIFFS

VS.                         CASE NO. 3:09CV00080 JMM

JODY DOTSON, ET AL                                                               DEFENDANTS

## ORDER

Plaintiff's appointed counsel is directed to file a response to the pending Motion to Dismiss on, or before, September 18, 2009.

IT IS SO ORDERED THIS  31   day of  August , 2009.

_____
James M. Moody
United States District Judge