# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ERNEST B. SEXTON, JR., and
JO ANN SEXTON                                                                                    PLAINTIFFS

VS.                                    3:09CV00080 JMM/JTR

JODY DOTSON, et al.                                                                              DEFENDANTS

## ORDER

On September 15, 2009, the Court appointed Mr. William Jennings Stanley to represent Plaintiffs in this § 1983 action. (Docket entry #46.) On September 17, 2009, Mr. Stanley filed a Motion requesting permission to withdraw. (Docket entry #48.)

Mr. Stanley indicates that he has a longstanding criminal practice in Lawrence County. According to Mr. Stanley, he has "worked closely" with Separate Defendant Dotson, who is a Captain with the Lawrence County Sheriff's Department, "to secure favorable plea agreements and resolutions to felony criminal matters and currently has multiple cases pending in Lawrence County, Arkansas." Mr. Stanley believes that his representation of Plaintiffs is a "serious personal conflict."

The Court concludes that Mr. Stanley has stated good cause for withdrawal and will appoint replacement counsel.

IT IS THEREFORE ORDERED THAT:

1.   Mr. Stanley's Motion to Withdraw (docket entry #48) is GRANTED.

2.   Mr. Joseph Franklin Kolb, 400 West Capitol Avenue, Suite 2700, Little Rock, AR 72201-3414, (501) 707-6141, jkolb@barberlawfirm.com, is APPOINTED to represent Plaintiffs in

this action.

      Dated this 21st day of September, 2009.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE