IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERNEST B. SEXTON, JR., AND
JO ANN SEXTON                                                                          PLAINTIFFS

VS.                         CASE NO. 3:09CV00080 JMM

JODY DOTSON, ET AL                                                                     DEFENDANTS

## ORDER

Plaintiff's appointed counsel is directed to file a response to the pending Motion to Dismiss on, or before, October 23, 2009.

IT IS SO ORDERED THIS   28   day of   September  , 2009.

_____
James M. Moody
United States District Judge