**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ERNEST B. SEXTON & JOANN SEXTON**                                            **PLAINTIFFS**

**VS.**                          **CASE NO. 3:09CV00080 JMM**

**JODY DOTSON, ET AL.**                                                         **DEFENDANT**

## ORDER

Plaintiffs' Motion for Voluntary Non-Suit is granted (#55). Plaintiffs' complaint against the State of Arkansas is dismissed without prejudice. This dismissal renders separate defendant the State of Arkansas's Motion to Dismiss as moot and it is dismissed (#25).

There remains pending separate defendant the Lawrence County Sheriff's Department's Motion to Dismiss to which plaintiff is instructed to respond on, or before, October 23, 2009.

IT IS SO ORDERED this __15__ day of October, 2009.


_____
James M. Moody
United States District Judge