**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ERNEST B. SEXTON & JO ANN SEXTON**                                                          **PLAINTIFFS**

**VS.**                              **CASE NO. 3:09CV00080 JMM**

**JODY DOTSON, ET AL.**                                                                                          **DEFENDANT**

**ORDER**

Plaintiffs's Motion for Voluntary Non-Suit is granted (#57). Plaintiffs's complaint against the Lawrence County Sheriff's Department is dismissed without prejudice. This dismissal renders the Lawrence County Sheriff's Department's Motion to Dismiss as moot and it is dismissed (#28).

IT IS SO ORDERED this __16__ day of October, 2009.


_____
James M. Moody
United States District Judge