IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ERNEST B. SEXTON & JOANN SEXTON**　　　　　　　　　　　　　　**PLAINTIFFS**

**V.**　　　　　　　　　　**CASE NO. 3:09CV00080 JMM**

**JODY DOTSON, ET AL.**　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

**ORDER**

Plaintiffs's unopposed Motion to Hold Case in Abeyance Pending Resolution of Plaintiffs's Pending Criminal Charges is granted (#66). The jury trial scheduled for the week of May 17, 2010, is removed from the Court's docket and will be re-set by subsequent order.

The Clerk of the Court is directed to hold this case in abeyance pending further notice from the Court. Plaintiff is directed to file a status report on the pending criminal charges on, or before, April 16, 2010.

IT IS SO ORDERED THIS  16  day of  February , 2010.

_____
James M. Moody
United States District Judge