IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ERNEST B. SEXTON & JOANN SEXTON**                                   **PLAINTIFFS**

**V.**                          **CASE NO. 3:09CV00080 JMM**

**JODY DOTSON, ET AL.**                                                **DEFENDANTS**

### ORDER

Plaintiff is directed to file a status report on the pending criminal charges against JoAnn Sexton on, or before, July 16, 2010.

IT IS SO ORDERED THIS 19 day of April, 2010.

_____
James M. Moody
United States District Judge