IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERNEST B. SEXTON and
JOANN SEXTON                                                                                  PLAINTIFFS

v.                          Case No. 3:09-cv-80-DPM

JODY DOTSON, individually
and as employee of Lawrence County;
DAN ELLISON, individually
and as employee of Lawrence County;
STATE OF ARKANSAS;
LAWRENCE COUNTY SHERIFF'S
DEPARTMENT; and LAWRENCE COUNTY                                   DEFENDANTS

ORDER

At the start of trial, the Court granted the Sextons' unopposed motion to dismiss their duplicative official-capacity claims against Dotson and Ellison without prejudice. After the Sextons rested, the Court granted Dotson and Ellison's motion for judgment as a matter of law on the Sextons' individual-capacity home-search claims based on a failure of proof. The Court took the Defendants' motion for judgment on all other claims under advisement.

At the conclusion of all the evidence, the Court took the Defendants' renewed motion for judgment under advisement too. For the various reasons

stated from the bench at the end of trial, the Court found in favor of Lawrence County, Dotson, and Ellison on all remaining claims. And those claims are therefore dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9/9/2011