IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERNEST B. SEXTON and
JOANN SEXTON                                          PLAINTIFFS


v.                        Case No. 3:09-cv-80-DPM


JODY DOTSON, individually
and as employee of Lawrence County;
DAN ELLISON, individually
and as employee of Lawrence County;
STATE OF ARKANSAS;
LAWRENCE COUNTY SHERIFF'S
DEPARTMENT; and LAWRENCE COUNTY                       DEFENDANTS


JUDGMENT

Ernest B. Sexton and Joann Sexton's claims against the State of Arkansas

the Lawrence County Sheriff's Department, Jody Dotson (official capacity)

and Dan Ellison (official capacity) were all dismissed without prejudice.

*Document Nos. 56, 58 & 90.*

At the bench trial held 7 September 2011, the Court found in favor of

Lawrence County, Jody Dotson (individually), and Dan Ellison (individually)

on all Ernest B. Sexton and Joann Sexton's remaining claims.  The Court

therefore dismisses the Sextons' complaint with prejudice.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

9/9/2011